IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:09cr19DCB-JCS

JEFFREY LUCKETT

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, JEFFREY LUCKETT, without prejudice.

STAN HARRIS
United States Attorney

Date: September 28, 2009

s/ *J. Scott Gilbert*
By: J. SCOTT GILBERT
Assistant United States Attorney
Mississippi Bar No. 102123

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this   30th   day of   September  , 2009.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE